Terri Jenkins
Antwan Henry
541 10th Street NW, #154
Atlanta, GA 3318

United States Courts
Southern District of Texas
FILED

OCT 20 2022

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | |
|---|---|
| Antwan Henry, | ) Case No.: 22-cv-02850 |
| Terri Jenkins, | ) |
|     Plaintiffs, | ) |
| vs. | ) |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-5; | ) |
| BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP; | ) **PLAINTIFFS' VERIFIED MOTION** |
| CARRINGTON MORTGAGE SERVICES, LLC; | ) **TO FILE OUT OF TIME** |
| MELISSA MCCULLEN; | ) **PLAINTIFFS' VERIFIED RESPONSE** |
| REX KESLER; | ) **TO ALL DEFENDANTS' MOTIONS** |
| LEPP CAPITAL, LLC; | ) **TO DISMISS** |
| P.C.F. PROPERTIES IN TX, LLC; | ) |
| P.C.F. PROPERTY MANAGEMENT, LLC; | ) Complaint Filed 08/22/2022 |
| UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE; | ) |

MOTION TO FILE OUT OF TIME RESPONSE TO MOTIONS TO DISMISS     1

|  |  |
|---|---|
| Defendants. | ) ) |

## CERTIFICATION

The undersigned hereby certifies that we conferred with counsel for Defendants, and they will oppose.

## MOTION

Plaintiffs move to file out of time their response to:

[5] BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP'S, MELISSA MCCULLEN'S and REX KESLER'S MOTION TO DISMISS (the "Barrett Daffin Motion");

[6] LEPP CAPITAL, LLC, P.C.F. PROPERTIES IN TX, LLC, AND P.C.F. PROPERTY MANAGEMENT, LLC'S MOTION TO DISMISS (the "LEPP Motion");

[9] MOTION TO DISMISS PLAINTIFFS' COMPLAINT FILED BY DEFENDANTS CARRINGTON MORTGAGE SERVICES, LLC AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES 2006-5 (the "Carrington Motion").

The Motions, including exhibits, are many pages long, and the legal issues are complex and difficult for a pro se litigant.

Plaintiff Terri Jenkins had to visit the emergency room.

This motion is made in good faith and not for any dilatory purpose. No party will be prejudiced.

Plaintiffs request leave to amend the complaint should any of the Motions be granted. The nature of the proposed amendments will be determined after the ruling on the Motion.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C. 1746.

Executed on: 10/18/2022

*/s/ Antwan Henry*
Antwan Henry, Plaintiff Pro Se
541 10th Street NW, #154
Atlanta, GA 3318

Executed on: 10/18/2022

*/s/ Terri Jenkins*
Terri Jenkins, Plaintiff pro Se
541 10th Street NW, #154
Atlanta, GA 3318

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date written below I served a true copy of the foregoing on the following by U.S. first class mail:

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
MELISSA MCCULLEN
REX KESLER
c/o Mark D. Hopkins – Attorney in Charge
c/o Shelley L. Hopkins
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734

LEPP CAPITAL, LLC and
P.C.F. PROPERTIES IN TX, LLC and
P.C.F. PROPERTY MANAGEMENT, LLC
c/o David W. Barry
c/o Anna C. Sewart
c/o Austin R. DuBois
c/o John V. Burger
c/o C. Jeffrey Leung
BARRY & SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027

CARRINGTON MORTGAGE SERVICES, LLC and
THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF CWABS, INC.,
ASSET-BACKED CERTIFICATES 2006-5
c/o HOLLAND & KNIGHT LLP
George G. Robertson
David D. Hornbeak
811 Main Street, Suite 2500
Houston, Texas 77002-5227

Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

/s/ *Terri Jenkins*                    Executed on: 10/18/2022
Person Serving Document

4

MOTION TO FILE OUT OF TIME RESPONSE TO MOTIONS TO DISMISS